McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700
Fax: (916) 554-2900
Elizabeth Firer
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (916) 977-8943
Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN L. BODAY, | CASE NO. 2:06-CV-1382-PAN (JFM) |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 14 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing. The current due date is January 3, 2007 (as a result of two consecutive federal holidays). The new due date will be January 17, 2007.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

/////

/////

Stip.& Order Ext. Def.'s Time
2:06-cv-01382-PAN (JFM)

**1**

*/s/ Jonathan A. Hendricks*

    *(As authorized on* January 3, 2007)
Jonathan A. Hendricks
Attorney at Law

Attorney for Plaintiff

By:   */s/ Elizabeth Firer*

    *(As signed on* January 3, 2007)
Elizabeth Firer
Special Assistant United States Attorney

Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED. Defendant's motion is granted nunc pro tunc to January 3, 2007.

DATED: January 16, 2007.

UNITED STATES MAGISTRATE JUDGE

13
Boday.eot.ss.wpd